UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carmen John Perri,<br><br>　　　　　Plaintiff,<br>　v.<br>Vallarta Supermarket et al,<br><br>　　　　　Defendants. | Case No.　CV 18-09853-AB-KS<br><br><br>ORDER DISMISSING CIVIL ACTION |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.　This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 7, 2019　　　　　　_____
　　　　　　　　　　　　　　　　　ANDRE BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.